**DISMISSED and Opinion Filed December 2, 2022**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00934-CR**

**EX PARTE ROBERT YEZAK**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-83236-2019**

## MEMORANDUM OPINION

Before Justices Molberg, Partida-Kipness, and Carlyle
Opinion by Justice Carlyle

Robert Yezak filed a pro se notice of appeal seeking to appeal the trial court's "nonruling" on his pro se pretrial application for writ of habeas corpus. Appellant has also filed several pro se motions.

The clerk's record filed in this appeal shows appellant is represented by counsel in the trial court proceedings below. The clerk's record does not contain a written order showing the trial court has ruled on appellant's pro se habeas application. A review of the trial court's online docket sheet, publicly available via the Collin County District Clerk's website, does not show any order ruling on the habeas application. *See In re Johnson*, 599 S.W.3d 311, 311 & n.1 (Tex. App.—

Dallas 2020, orig. proceeding) (appellate court may take judicial notice of online docket sheet when determining jurisdiction).

The trial court is not obligated to rule on matters filed pro se by a defendant who is represented by counsel. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007). In this case, the record shows the trial court has not ruled on appellant's pro se pretrial application for writ of habeas corpus.

We have no jurisdiction to entertain an appeal unless the trial court has entered a judgment or appealable order. *See* TEX. R. APP. P. 26.2(a)(1); *State v. Sanavongxay*, 407 S.W.3d 252, 259 (Tex. Crim. App. 2012); *Henderson v. State*, 153 S.W.3d 735, 735–36 (Tex. App.—Dallas 2005, no pet.). Because the record in this case shows the trial court has taken no action on appellant's pro se writ application and has not signed an appealable order, we have no jurisdiction to consider appellant's appeal. *See Sanavongxay*, 407 S.W.3d at 259; *Robinson*, 240 S.W.3d at 922; *Henderson*, 153 S.W.3d at 735–36.

We deny appellant's pro se motions and dismiss the appeal for want of jurisdiction.

/Cory L. Carlyle//

220934f.u05

CORY L. CARLYLE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

–2–



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

EX PARTE ROBERT YEZAK

No. 05-22-00934-CR

On Appeal from the 199th Judicial District Court, Collin County, Texas Trial Court Cause No. 199-83236-2019.
Opinion delivered by Justice Carlyle. Justices Molberg and Partida-Kipness participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 2nd day of December, 2022.